## ARRINGTON v. ARRINGTON.

(Filed September 25, 1906).

*Reinstatement of Case—Practice.*

A motion to reinstate a case upon the docket was properly denied, where it appears that all matters in controversy were decided in an opinion by this Court at February Term, 1894, and the case was remanded in order that judgment might be entered in accordance with the opinion of the Court, and there was nothing presented which discloses a necessity for reinstating the case.

ACTION by Pattie D. B. Arrington against J. P. and B. L. Arrington, heard by *Judge G. W. Ward* at the May Term, 1906, of the Superior Court of VANCE upon motion by plaintiff to reinstate the cause upon the civil issue docket. From an order denying the motion, the plaintiff appealed.

The plaintiff filed a manuscript brief.

PER CURIAM. We gather from the manuscript argument filed in this Court by the plaintiff, in person, that her object in desiring a reinstatement of the cause is to reopen the same and have another reference. The case came before this Court at February Term, 1894 (114 N. C., 151), and upon exceptions to the report of the referee. In an elaborate opinion by *Shepherd, C. J.,* all the matters in controversy were decided and "the case remanded in order that judgments may be entered in accordance with the opinion of this Court." The record of the case since then is not before us, but we assume as a matter of course that such final judgments have long since been entered.

There was nothing presented to *Judge Ward,* or in the papers sent here on this appeal from his order, which discloses a necessity for a further reference or for reinstating the case on the docket of the Superior Court. The order of his Honor in the Superior Court is

Affirmed.